ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAINIGAL MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISON F.C.C. VICTORVILLE #2, et al.,<br><br>    Respondents. | Case No. CV 09-02188 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: June 8, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY